IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>DONNA L ALPERN<br>AKA DONNA ALPERN GARRETT<br><br>  Debtor | Case No. 20-20569-NVA<br>Chapter 7 |
| CARVANA, LLC<br><br>  Movant<br>v.<br><br>DONNA L ALPERN<br>AKA DONNA ALPERN GARRETT<br><br>and<br><br>MONIQUE D. ALMY, CHAPTER 7 TRUSTEE<br><br>  Respondents | Motion No. |

## **EXHIBIT A -- DEBT**

**Pre Petition Arrears**

| | |
|---|---:|
| 1 payment of $357.00 for 11/08/2020 | $357.00 |
| Late Charges | $5.00 |
| Total: | $362.00 |

**Post Petition Arrears**

| | |
|---|---:|
| 2 payments of $357.00 for 12/08/2020 - 01/08/2021 | $714.00 |
| Attorney Fees and Costs | $638.00 |
| Late Charges | $10.00 |
| Suspense Account | $0.00 |
| Total: | $1,362.00 |
| **Total Pre and Post Petition Arrears:** | **$1,724.00** |

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 79341

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 79341