IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>DONNA L ALPERN<br>AKA DONNA ALPERN GARRETT<br><br>   Debtor | Case No. 20-20569-NVA<br>Chapter 7 |
| CARVANA, LLC<br>PO Box 29018<br>Phoenix, AZ 85038<br><br>   Movant<br>v.<br><br>DONNA L ALPERN<br>AKA Donna Alpern Garrett<br>108 McCormick Street<br>Bel Air, MD 21014<br><br><br>and<br><br>MONIQUE D. ALMY<br>CHAPTER 7 TRUSTEE<br>Crowell & Moring<br>1001 Pennsylvania Avenue, N.W. 10th Floor<br>Washington, DC 20004-2595<br><br><br>   Respondents | Motion No. |

Mark Meyer
DC Bar 475552
MD Bar 15070
VA Bar 74290

Rosenberg &
Associates, LLC
4340 East West Highway
Suite 600
Bethesda, MD 20814
(301) 907-8000
File Number: 79341

**NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

     Carvana, LLC has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed with respossession and sale of the 2017 Ford Escape SUV VIN#: 1FMCU0GD2HUA52806.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

     If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by

**February 16, 2021**

you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

> Diane S. Rosenberg, Attorney for the Movant
> Rosenberg & Associates, LLC
> 4340 East West Highway, Suite 600
> Bethesda, MD 20814
> diane@rosenberg-assoc.com
>
> Monique D. Almy, Trustee
> Crowell & Moring
> 1001 Pennsylvania Avenue, N.W. 10th Floor
> Washington, DC 20004-2595

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for

**MARCH 4, 2021 AT 2:00 PM by videoconference or teleneconference.  For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date: February 1, 2021              /s/ Mark D. Meyer, Esq.
                                    Mark D. Meyer, Esq.
                                    Federal Bar 15070

                                    Rosenberg & Associates, LLC
                                    4340 East West Highway, Suite 600
                                    Bethesda, MD 20814
                                    301-907-8000
                                    mark.meyer@rosenberg-assoc.com

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 79341

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 1st day of February, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

    Monique D. Almy, Trustee
    Crowell & Moring
    1001 Pennsylvania Avenue, N.W.
    10th Floor
    Washington, DC 20004-2595

    Lawrence A Price Jr., Esquire
    808 South Main St
    Bel Air, MD  21014

 I hereby further certify that on the 1st day of February, 2021, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Donna L Alpern
AKA Donna Alpern Garrett
108 McCormick Street
Bel Air, MD 21014

    /s/ Mark D. Meyer, Esq.
    Mark D. Meyer, Esq.

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 79341