



# MARYLAND NOTICE OF SECURITY INTEREST FILING
**DO NOT ACCEPT THIS DOCUMENT SHOWING ANY ERASURES, ALTERATIONS OR VOIDS.**

## THIS IS NOT A TITLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1FMCU0GD2HUA52806 | 17 | FORD | TK | M | 63806 | A | 51371777 |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| N/A | -3700 | 00N/A | $50.50 | 01/09/19 | 02/12/19 |

**OWNER'S SOUNDEX / DRIVER'S LICENSE NO.**
G-630-149-055-686

**CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO.**

**NAME(S) AND ADDRESS OF REGISTERED OWNER(S)**
DONNA ALPERN GARRETT
108 MCCORMICK ST
BEL AIR  MD 21014

**ODOMETER CODES**
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage

THIS IS TO CERTIFY THAT A SECURITY INTEREST HAS BEEN DULY FILED WITH THE MOTOR VEHICLE ADMINISTRATION IN THE NAME OF THE SECURED PARTY BELOW ON THE VEHICLE DESCRIBED.

**TERMINATION STATEMENT**
I, THE UNDERSIGNED, DO HEREBY RELEASE ALL RIGHTS AND INTERESTS IN THE VEHICLE DESCRIBED ABOVE.

| SIGNATURE OF SECURED PARTY | OFFICIAL CAPACITY | DATE OF RELEASE |
|---|---|---|
| | | |

**NAME AND ADDRESS OF SECURED PARTIES**
CARVANA LLC
P O BOX 29002
PHOENIX  AZ 85038

OFFICIALLY ISSUED ON THE DATE SET FORTH          ADMINISTRATOR OF MOTOR VEHICLES

VR-002 (11-17)

THIS DOCUMENT CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT